IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02317-MSK-MJW

GARY THOMAS,

    Plaintiff,

v.

E. STEVEN EZELL #6351,

    Defendant.

___

**ORDER DISMISSING CLAIMS AND
DIRECTING CLERK OF COURT TO CLOSE CASE**
___

    THIS MATTER comes before the Court on an Order to Show Cause **(#5)** issued November 13, 2007. The Order to Show Cause directed the Plaintiff to file a proposed Amended Complaint by November 30, 2007, failing which the Court would dismiss this action. The Plaintiff filed no response to the Order to Show Cause nor an Amended Complaint. Therefore, for the reasons stated in the Order to Show Cause, and pursuant to D.C.COLO.LCivR 41.1,

    **IT IS ORDERED** that the Plaintiff's claims are **DISMISSED**, and the Clerk of Court is directed to close this case.

    Dated this 5th day of December, 2007

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge